UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**PERRY D. MCCLOUD,**

       **Plaintiff,**

v.                                          Civil Action Number 2:04cv677

**JO ANNE BARNHART,**
**Commissioner of Social Security,**

       **Defendant.**

## ORDER

The plaintiff brought this action seeking judicial review of the decision of the Commissioner of Social Security. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (c) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, by order of reference dated February 10, 2005, this matter was referred to United States Magistrate Judge Tommy E. Miller for a Report and Recommendation.

The Report and Recommendation of the Magistrate Judge filed on November 8, 2005, recommends that the final decision of the Commissioner of Social Security be reversed and remanded for payment of benefits. By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within 10 days from the date the Report was mailed. The defendant filed objections on November 22, 2005.

The Court, having reviewed the record and examined the objections filed by the defendant and having made de novo findings with respect to the portions objected to, does hereby

adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed November 8, 2005. Accordingly, it is hereby **ORDERED** that plaintiff's motion for summary judgment is **GRANTED,** the defendant's motion for summary judgment is **DENIED**, and the final judgment of the Commissioner of Social Security is **REVERSED** and **REMANDED** for payment of benefits.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the parties.

It is so **ORDERED**.

/s/
Jerome B. Friedman
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
December 16th, 2005